UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN NARDI,<br>      Plaintiff,<br><br>v.<br><br>SAFARILAND, LLC and<br>MACE SECURITY INTERNATIONAL, INC.,<br>      Defendants. | C.A. No.: 1:19-CV-11306-GAO |

## STIPULATION OF DISMISSAL OF SAFARILAND ONLY, WITHOUT PREJUDICE

The Plaintiff, Kevin Nardi; and Defendants, Safariland, LLC ("Safariland") and Mace Security International, Inc. ("Mace"), hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims brought by or against Safariland be dismissed without prejudice and without costs. All other claims in this case will proceed and are not affected by this Stipulation.

Respectfully submitted,

| | |
|---|---|
| **KEVIN NARDI**<br>By his Attorneys, | **SAFARILAND, LLC**<br>By its Attorneys, |
| */s/ Ross B. Greenstein* | */s/ Jacob J. Lantry* |
| Alan L. Cantor, BBO # 072360<br>Ross B. Greenstein, BBO # 682222<br>Swartz & Swartz, PC<br>10 Marshall Street<br>Boston, MA 02108<br>(617) 742-1900 | James M. Campbell, BBO # 677093<br>Jacob J. Lantry, BBO # 690452<br>Michael C. Grenier, BBO # 699130<br>Campbell, Conroy & O'Neil, P.C.<br>1 Constitution Wharf, Suite 310<br>Boston, MA 02129<br>(617) 241-3000 |

2

                              **MACE SECURITY INTERNATIONAL, INC.**
                              By its Attorneys,

                              */s/ Charles F. Rourke, II*
                              _____
                              James W. Sexton, BBO # 547054
                              Nora R. Adukonis, BBO # 676932
                              Litchfield Cavo LLP
                              6 Kimball Lane, Suite 200
                              Lynnfield, MA 01940
                              (781) 309-1500

                              Charles F. Rourke II, BBO # 676041
                              Sloane & Walsh, LLP
                              201 Washington Street, Suite 1600
                              Boston, MA 02108
                              (617) 523-6010

## CERTIFICATE OF SERVICE

     I, Jacob J. Lantry, counsel for Defendant Safariland, LLC, hereby certify that the foregoing document was electronically filed on December 2, 2020 and all parties of record will receive notice via ECF:

                              */s/ Jacob J. Lantry*
                              _____
                              Jacob J. Lantry