UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN NARDI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:19-CV-11306-GAO |
| v. ) | |
| ) | |
| SAFARILAND, LLC, ) | |
| MACE SECURITY INTERNATIONAL, ) | |
| INC. and ) | |
| BREEZE-EASTERN LLC ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT BREEZE-EASTERN LLC'S MOTION TO DISMISS
MACE SECURITY INTERNATIONAL, INC.'S THIRD PARTY COMPLAINT
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Defendant/Third Party Defendant Breeze-Eastern LLC ("Breeze-Eastern") moves the Court to dismiss Defendant/Third Party Plaintiff Mace Security International, Inc.'s ("Mace") Third Party Complaint for Lack of Personal Jurisdiction.

In support of this motion, Breeze-Eastern states that this is a products liability case involving a tear gas launcher manufactured several decades ago by Federal Laboratories, Inc. ("Federal Labs"). Plaintiff has sued both Defendant/Third Party Defendant Breeze-Eastern and Defendant/Third Party Plaintiff Mace Security International, Inc. ("Mace"). In its Third Party Complaint, Mace alleges that, "[i]f Mace is found liable to the plaintiff, then Breeze-Eastern is contractually responsible to indemnify Mace."

For the same reasons set forth in Breeze-Eastern's Memorandum of Law in Support of Breeze-Eastern's Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction [Docket No. 63] this Court cannot exercise personal jurisdiction over Breeze-Eastern as to the claims set forth in Mace's Third Party Complaint.

WHEREFORE, Breeze-Eastern requests that this Court grant its Motion to Dismiss Mace's Third Party Complaint Against Breeze-Eastern for Lack of Personal Jurisdiction.

BREEZE-EASTERN LLC

By its attorneys,

   */s/ Katy O. Meszaros*     
David L. Ferrera (BBO# 631183)
dferrera@nutter.com
Katy O. Meszaros (BBO# 676036)
kmeszaros@nutter.com
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604
Tel: 617-439-2000
Fax: 617-310-9000

## **L.R. 7.1 CERTIFICATION**

I certify that counsel for Breeze-Eastern LLC conferred with counsel for Third Party Defendant Mace Security International, Inc. via telephone on April 12, 2021 in a good faith effort to resolve or narrow the issues presented by this motion.

   */s/ Katy O. Meszaros*     

## **CERTIFICATE OF SERVICE**

I certify that, on April 12, 2021, this document (filed through the ECF system) will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

   */s/ Katy O. Meszaros*     

5122126.1