UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KEVIN NARDI,**<br>    Plaintiff,<br><br>v.<br><br>**BREEZE-EASTERN, LLC** and **MACE SECURITY INTERNATIONAL, INC.,**<br>    Defendants. | )<br>)<br>)<br>)   C.A. No.: 1:19-CV-11306-GAO<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Stipulation Of Dismissal With Prejudice**

Now comes the Parties in the above caption matter and hereby stipulate that all claims, counter-claims and cross-claims against Mace Security International, Inc., be dismissed with prejudice, without costs, and waiving all rights to appeal pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

|  | Respectfully submitted, |
|---|---|
| The Plaintiff,<br>Kevin Nardi,<br>By his Attorneys, | The Defendant,<br>Breeze-Eastern, LLC<br>By its Attorneys, |
| /s/ Alan L. Cantor | /s/ David L. Ferrera |
| _____<br>Alan L. Cantor, BBO #072360<br>Swartz & Swartz<br>Ten Marshall Street<br>Boston, MA 02108<br>Tel: 617-742-1900<br>acantor@swartzlaw.com | _____<br>David L. Ferrera, BBO #631183<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>Tel: 617- 439-2000<br>dferrera@nutter.com |

2075069.v1

| | |
|---|---|
| The Defendant,<br>Mace Security International, INC.<br>By its Attorneys,<br><br>/s/ Nora R. Adukonis<br>_____<br>Nora R. Adukonis, BBO #676932<br>Litchfield Cavo, LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA  01940<br>Tel: 781-309-1500<br>adukonis@litchfieldcavo.com | The Defendant,<br>Mace Security International, INC.<br>By its Attorneys,<br><br>/s/ Charles F. Rourke, II<br>_____<br>Charles F. Rourke, II, BBO #676041<br>Sloane and Walsh, LLP<br>One Boston Place<br>201 Washington Street, Suite 1600<br>Boston, MA  0218<br>Tel:  617-523-6010<br>crourke@sloanewalsh.com |

Dated:  October 4, 2021

2075069.v1

CERTIFICATE OF SERVICE

      I, Charles F. Rourke, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 15, 2020.

| | |
|---|---|
| Alan L. Cantor, Esq.<br>Swartz & Swartz<br>Ten Marshall Street<br>Boston, MA 02108 | David L. Ferrera, Esq.<br>Nutter, McClennen & Fish, LLP<br>155 Seaport Boulevard<br>Boston, MA  02210 |
| Nora R. Adukonis, Esq.<br>Litchfield Cavo, LLP<br>6 Kimball Lane, Suite 200<br>Lynnfield, MA  01940 | |

/s/ Charles F. Rourke, II
_____
Charles F. Rourke

Dated:  October 4, 2021

2075069.v1